**Electronically Filed
Supreme Court
SCWC-17-0000476
01-APR-2020
08:41 AM**

SCWC-17-0000476

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHAD LOS BANOS,
Respondent/Appellant-Appellee,

vs.

HAWAI'I LABOR RELATIONS BOARD, STATE OF HAWAI'I;
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI'I,
Respondents/Appellees-Appellees,

and

UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,
Petitioner/Union Appellee-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000476; CIVIL NO. 16-1-0274)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Union Appellee-Appellant United Public

Workers, AFSCME Local 646, AFL-CIO's application for writ of

certiorari filed on February 18, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

